JOHN R. HABASHY – SBN 236708
(john@lexiconlaw.com)
**LEXICON LAW GROUP**
633 W. Fifth St., 28th Floor
Los Angeles, CA  90071
Tele: 213-233-5900 / Fax:  888-373-2107

*Local Counsel for Plaintiff and the Proposed Class*

Ryan M. Kelly (pro hac vice admitted)
(rkelly@andersonwanca.com)
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Tele: 847-368- 1500 / Fax: 847-368-1501

*Counsel for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARDIOLOGY ASSOCIATES MEDICAL GROUP, INC., a California corporation, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLIED CARDIAC SYSTEMS, INC. a California corporation, and ACS DIAGNOSTICS, INC., a Nevada corporation,<br><br>　　　　　　　Defendants. | **Case No.: 8:19-cv-01372**<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Judge:  Hon. James V. Selna<br><br>Case Filed:  July 15, 2019 |

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, Cardiology Associates Medical Group, Inc., and Defendants, Applied Cardiac Systems, Inc. and ACS Diagnostics, Inc., hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims, class allegations without prejudice, each side to bear its own costs and attorney fees.

Respectfully submitted,

ANDERSON + WANCA

Dated: November 25, 2020   By: *s/ Ryan M. Kelly*
Attorneys for Plaintiff,
CARDIOLOGY ASSOCIATES MEDICAL GROUP, INC.

CALL & JENSEN

Dated:  November 25, 2020   By:  *s/ Kent Christensen*
Attorneys for Defendants,
APPLIED CARDIAC SYSTEMS, INC.
ACS DIAGNOSTICS, INC.

-1-